CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 20 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTONIO HUGHES, | ) | Civil Action No. 7:15-cv-00306 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   Michael F. Urbanski |
| DCE, _et al_, | ) | United States District Judge |
|     Defendant(s). | ) | |

    Antonio Hughes, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 5, 2015, the court directed plaintiff to submit within 10 days from the date of the Order return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On June 25, 205 plaintiff returned an incomplete inmate account report which did not include the required six-month statements. The court entered an order on June 26, 215 giving plaintiff one last opportunity to correct the deficiencies, however plaintiff did not respond. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 20th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge